UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KURT DAVID MARQUARDT,

           Plaintiff,           Case No. 17-CV-1489

  v.

                                               **MINUTE SHEET**

COMMISSIONER OF SOCIAL SECURITY,

           Defendant,

---

**Hon. David E. Jones, presiding.**    **Deputy Clerk:** Tony Byal

**Type of proceeding:**    Telephonic Oral Decision Hearing

**Date:** March 18, 2019 at 2:00 PM    **Court Reporter:** Liberty

**Time Commenced: 1:59:23**    **Time Concluded: 2:14:25**

**Appearances:**    **Plaintiff:** Kurt David Marquardt (pro se)
                              **Defendant:** Emily Skutch Cohn, Brian Pawlak

**Comments:**

Parties have nothing further to add to the briefing.

For the reasons stated on the record, the Court affirms the ALJ's decision.

Court directs parties' attention to Federal Rule of Appellate Procedure 4.